**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00005-CR**
_____

**JOAQUIN GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 21-38293**

**MEMORANDUM OPINION**

A jury found Appellant Joaquin Garcia guilty of murder and sentenced him to life in prison within the Texas Department of Criminal Justice. *See* Tex. Penal Code Ann. §19.02.

Garcia's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous; he simultaneously filed a motion to withdraw as counsel. *See Anders v. California*, 386

1

U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On May 15, 2023, we granted an extension of time for Garcia to file a pro se brief and notified him of the deadline for doing so. We received no response from Garcia.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

JAY WRIGHT
Justice

Submitted on August 17, 2023
Opinion Delivered September 13, 2023
Do Not Publish

Before Horton, Johnson and Wright, JJ.

---

[1] Garcia may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.